B.A. v H.K.

2026 NY Slip Op 02368

April 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

B.A., Respondent,

v

H.K., Appellant.

Decided and Entered: April 21, 2026

Index No. 76049/13|Appeal No. 6416, M1513|Case No. 2024-04226|

Before: Renwick, P.J., Friedman, Gesmer, Pitt-Burke, Hagler, JJ.

H.K., appellant pro se.

Donna C. Chin, New York, attorney for the child.

[*1]

Appeal from order, Supreme Court, Bronx County (La Tia W. Martin, J.), entered on or about June 14, 2024, which, to the extent appealed from as limited by the brief, after a hearing, granted plaintiff wife sole legal and physical custody of the subject child, awarded defendant husband unsupervised parental access, directed the husband to pay $50 per month in child support, and declined to grant any ancillary relief, unanimously dismissed, without costs, for failure to perfect the appeal in accordance with the CPLR and the rules of this Court, and as moot.

Defendant husband's challenge to the portions of the June 14, 2024 order which denied his request for equitable distribution is dismissed for failure to perfect the appeal in accordance with the CPLR and the rules of this Court (see CPLR 5526; 22 NYCRR part 600; Borbon v Pescoran, 106 AD3d 594, 594 [1st Dept 2013]). The husband failed to assemble a proper record, including the transcripts of the trial and a full copy of the order appealed from. Without the benefit of a proper record, this Court cannot render an informed decision on the merits (see Lynch v Consolidated Edison, Inc., 82 AD3d 442, 442 [1st Dept 2011]).

The husband's challenge to the court's custody and visitation determinations is moot, as the child has reached the age of majority (see Matter of Ivan R. v Lisandra F., 188 AD3d 543, 543 [1st Dept 2020])

M- 1513 B.A. v H.K

Motion by plaintiff wife to dismiss the appeal denied as academic.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 21, 2026